Edward J. Blum   State Bar No.: 185163
LAW OFFICES OF EDWARD J. BLUM
3731 Wilshire Boulevard • Suite 312
Los Angeles, California 90010
Telephone: (213) 479-5322 • Fax: (213) 232-1668
Email: Edblum@lacriminaldefender.com

Attorneys for: Plaintiff HAN JI-WOOK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| HAN JI-WOOK,<br><br>            Plaintiff,<br>vs.<br><br>USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; WOONG JIN; JENNIFER M. BYUN; KWON HYUK; NBN MEDIA NEWS and DOES 1 to 30, inclusive;<br><br>            Defendants. | CASE NO.:<br><br>**COMPLAINT**<br>1. *Defamation*<br>2. *Violation of Plaintiff's Right to Privacy*<br>3. *Defamation* |

   Now Comes plaintiff HAN JI-WOOK, and for a complaint against defendants USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; WOONG JIN; JENNIFER M. BYUN; KWON HYUK; NBN MEDIA NEWS and DOES 1 to 30, and each of them alleges as follows:

## I.
### JURISDICTION

   1. This court has subject matter jurisdiction over this action because it arises under the laws of the United States, 28 U.S.C. §1332(a) in that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

   2. This court has subject matter jurisdiction over this

-1-
**COMPLAINT**

1  action because it arises under the laws of the United States, 28
2  U.S.C. §1332(a)(1)(2) in that the herein mater is between—
3  (1) a citizens of different states; and (2) a citizens of a state
4  and citizens or subjects of a foreign state.

## II

## VENUE

2. Venue is also proper in this district pursuant to 28 U.S.C. §1391(b) in that either: (1) one or more defendants reside in this district, (2) a substantial part of the events or omissions giving rise to the claim occurred in this district.

## III

## PARTIES

4. Plaintiff HAN JI-WOOK, is an individual who resides in Nevada, has an Alien Petition number and has applied for permanent residency of the United States to the United States Citizen and Immigration Services by reason of being the spouse of a citizen of the United States. Plaintiff HAN JI-WOOK is a private citizen and this matter does not involve a public controversy.

5. USKN, INC. is a corporation, incorporated in the State of California, having offices located at 116 West Maple St. Unit 13, Glendale, CA 91204.

6. Defendant JAE SEON KYUNG is a resident of the State of California and the Chief Executive Officer, Secretary and Chief Financial Officer of defendant USKN, INC. and defendant WOONGG JIN is A RESIDENT OF THE State of California and the Vice-chairman of USKN, INC.

5. USKN MEDIA, INC. is a corporation, incorporated in the

-2-

**COMPLAINT**

State of California, having offices located at 116 West Maple St. Unit 13, Glendale, CA 91204.

6. Defendant Jennifer M. BYUN is a resident of the State of California and the Chief Executive Officer and Chief Financial Officer of defendant USKN MEDIA, INC.

7. NBN MEDIA/NEWS ISSUE is upon information and belief a business entity headquartered in the Republic of Korea (South Korea).

8. Defendant KWON HYUK is upon information and belief a citizen of the Republic of Korea (South Korea) and an employee and/or an owner of NBN MEDIA/NEWS ISSUE.

## IV

**GENERAL ALLEGATIONS WHICH APPLY TO ALL CAUSES OF ACTION**

9. KOK is a digital currency that operates on the KOK Chain, representing a significant part of an ecosystem developed by the KOK Foundation.

10. Plaintiff HAN JI-WOOK invested in KOK in 2018 and thereafter divested his entire interest in KOK in 2020.

11. Prior to 2020 plaintiff HAN JI-WOOK did advise the founders of the KOK Foundation regarding their desire to enter the digital currency.

12. Subsequent to 2020 plaintiff HAN JI-WOOK has never held any employment position with the KOK Foundation, nor has he ever been involved in the operations of the KOK Foundation.

13. Plaintiff HAN JI-WOOK never promoted or otherwise advised anyone to invest in KOK digital currency.

14. In 2020 the market for KOK digital currency fell and the value of KOK digital currency collapsed causing many investors to

lose their entire investment.

## FIRST CAUSE OF ACTION

### *Defamation*

For a First Cause of Action against defendants USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; WOONG, JIN; JENNIFER M. BYUN and DOES 1 to 15, and each of them, plaintiff HAN-WOOK alleges as follows:

15. Plaintiff HAN JI-WOOK restates and re-pleads paragraphs 1 through 14 above as set forth herein in full.

16. That on or about May 26, 2024 USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; WOONG, JIN; JENNIFER M. BYUN and DOES 1 to 15, and each of them, and DOES 1 to 15, and each of them, and each of them, broadcast on their YOU TUBE channel a report about plaintiff's purported involvement with KOK digital currency.

17. Defendants USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; WOONG, JIN; JENNIFER M. BYUN and DOES 1 to 15, and each of them, and DOES 1 to 15, and each of them, made false statements about plaintiff HAN JI-WOOK:

    a) Plaintiff was the person who received the biggest profit from KOK.

    b) Plaintiff was arrested by the U.S. Marshal's Service as soon as KOK was listed on the "exchange".

    c) Plaintiff promised that the value of KOK would skyrocket.

    d) Plaintiff committed fraud upon persons who invested in KOK.

    e) Plaintiff illegally gambled in Las Vegas

|   |    |                                                                          |
|---|----|--------------------------------------------------------------------------|
|   | f) | Plaintiff made money using illegal coins                                 |
|   | g) | Plaintiff got rid of coins through "washing"                             |
|   | f) | Plaintiff was a fugitive.                                                |
|   | g) | Plaintiff is staying in the United States through a false marriage.      |
|   | h) | Plaintiff disguised himself to avoid detection by law enforcement personnel. |
|   | i) | Plaintiff was arrested by US Marshals at a Las Vegas casino.             |

18. Defendants USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; WOONG, JIN; JENNIFER M. BYUN and DOES 1 to 15, and each of them, intentionally communicated the false statements described in paragraph 17 to the general public over their YOU TUBE channel with the sole purpose of defaming plaintiff HAN JI-WOOK.

19. Defendants USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; WOONG, JIN; JENNIFER M. BYUN and DOES 1 to 15, and each of them, made the false statements described in paragraph 17 with actual malice - with knowledge of their falsity, and/or with a reckless disregard for their falsity.

20. Defendants USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; WOONG, JIN; JENNIFER M. BYUN and DOES 1 to 15, and each of them, made the false statements described in paragraph 17 without privilege or justification.

21. The false statements described in paragraph 17 convey a damaging meaning, i.e. that plaintiff HAN JI-WOOK is dishonest, a fraud, and a criminal.

22. The false statements described in paragraph 17 have directly damaged plaintiff HA JIN-WOOK.

23. The false statements described in paragraph 17 have legally caused plaintiff HA JIN-WOOK to sustain damages by diminishing his reputation as a businessman legally and proximately causing him to sustain monetary damages of no less than $75,000.00, according to proof at time of trial.

24. The false statements made by defendants USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; WOONG, JIN; JENNIFER M. BYUN and DOES 1 to 15, in paragraph 17 were made with actual malice, as they were made with the knowledge of their falsity, and/or with a reckless disregard for their falsity, so as to justify punitive damages being awarded to plaintiff against defendants in an no less than $1,000,000.00 so as to deter defendants and others from future violations of plaintiff's the right to privacy of plaintiff and others, according to proof at time of trial.

## SECOND CAUSE OF ACTION

### *Violation of Plaintiff's Right to Privacy*

For a Second Cause of Action against defendants USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; WOONG, JIN; JENNIFER M. BYUN and DOES 1 to 15, and each of them, plaintiff HAN JI-WOOK alleges as follows:

25. Plaintiff HAN JI-WOOK restates and re-pleads paragraphs 1 through 14 above as set forth herein in full.

26. That on or about May 26, 2024 defendants USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; WOONG, JIN; JENNIFER M. BYUN and DOES 1 to 15, and each of them, during the YOU TUBE video described in paragraph 16 above, showed a copy of plaintiff's Korean passport several times.

27. That during the May 26, 2024 broadcast defendants USKN,

1  INC.; USKN MEDIA, INC.; JAE SEON KYUNG; WOONG, JIN; JENNIFER M.
2  BYUN and DOES 1 to 15 and DOES 1 to 15, and each of them, showed
3  plaintiff's Korean passport with plaintiff's picture blurred, and
4  not blurred.
5      28. That the airing by defendants USKN, INC.; USKN MEDIA,
6  INC.; JAE SEON KYUNG; WOONG, JIN; JENNIFER M. BYUN and DOES 1 to
7  15 and of plaintiff's passport in violation of 18 USC §1544
8  during the May 26, 2024 broadcast legally and proximately
9  resulted in an a) unreasonable violation of plaintiff's right to
10 privacy, b) appropriation of the plaintiff's name and likeness,
11 unreasonable publicity given to the other's private life, and c)
12 publicity which unreasonably places the other in a false light
13 before the public.
14     29. That defendants USKN, INC.; USKN MEDIA, INC.; JAE SEON
15 KYUNG; WOONG, JIN; JENNIFER M. BYUN and DOES 1 to 15 the
16 violation of plaintiff's right to privacy as described in
17 paragraph 27, legally and proximately resulting in plaintiff
18 sustaining monetary damages of no less than $75,000.00.
19     30. Defendants KWON HYUK; NBN MEDIA NEWS and DOES 16 to 30,
20 and each of them, violated plaintiff's right to privacy described
21 in paragraph 27 with actual malice – doing so intentionally,
22 and/or with a reckless disregard for the plaintiff's right to
23 privacy.
24     31. As a legal and proximate cause of the, defendants USKN,
25 INC.; USKN MEDIA, INC.; JAE SEON KYUNG; WOONG, JIN; JENNIFER M.
26 BYUN and DOES 1 to 15, and each of them, violation of plaintiff's
27 right to privacy described in paragraph 27 was with actual malice
28 and with a reckless disregard of plaintiff's right to privacy,

-7-
COMPLAINT

punitive damages should be awarded to plaintiff against defendants in the amount of no less than $1,000,000.00 so as to deter defendants and others from future violations of plaintiff's the right to privacy of plaintiff and others, according to proof at time of trial.

### THIRD CAUSE OF ACTION

*Defamation*

For a Third Cause of Action against defendants KWON HYUK; NBN MEDIA NEWS and DOES 16 to 30, inclusive, and each of them alleges as follows, plaintiff HAN JI-WOOK alleges as follows:

32. Plaintiff HAN JI-WOOK restates and re-pleads paragraphs 1 through 14 above as set forth herein in full.

33. That on or about June 6, 2024 defendants KWON HYUK; NBN MEDIA NEWS and DOES 16 to 30, and each of them broadcast and published false statements about plaintiff HAN JI-WOOK their website about plaintiff's purported involvement with KOK digital currency.

34. The false statements published about plaintiff HAN JI-WOOK by defendants KWON HYUK; NBN MEDIA NEWS and DOES 16 to 30, and each of them, were as follows:

    a)   That plaintiff was the "main culprit" related to KOK.

    b)   That plaintiff committed fraud.

    c)   That plaintiff is a criminal.

35. Defendants KWON HYUK; NBN MEDIA NEWS and DOES 16 to 30, and each of them, intentionally communicated the false statements described in paragraph 27 to the general public over their YOU TUBE channel with the sole purpose of defaming plaintiff HAN JI-

WOOK.

36. Defendants KWON HYUK; NBN MEDIA NEWS and DOES 16 to 30, and each of them, made the false statements described in paragraph 27 with actual malice - with knowledge of their falsity, and/or with a reckless disregard for their falsity.

37. Defendants KWON HYUK; NBN MEDIA NEWS and DOES 16 to 30, and each of them, made the false statements described in paragraph 27 without privilege or justification.

38. The false statements described in paragraph 17 convey a damaging meaning, i.e. that plaintiff HAN JI-WOOK is dishonest, a fraud, and a criminal.

39. The false statements made by defendants KWON HYUK; NBN MEDIA NEWS and DOES 16 to 30, and each of them, in paragraph 27 have directly damaged plaintiff HA JIN-WOOK.

40. The false statements made by defendants KWON HYUK; NBN MEDIA NEWS and DOES 16 to 30, and each of them, in paragraph 34 have legally caused plaintiff HA JIN-WOOK to sustain damages by diminishing his reputation as a businessman legally and proximately causing him to sustain monetary damages of no less than $75,000.00.

41. As a legal and proximate cause of the false statements described made by defendants KWON HYUK; NBN MEDIA NEWS and DOES 16 to 30, and each of them, in paragraph 27 with actual malice - with knowledge of their falsity, and/or with a reckless disregard for their falsity, no less than $1,000,000.00 so as to deter defendants and others from future violations of plaintiff's the right to privacy of plaintiff and others, according to proof at time of trial.

**WHEREFORE** plaintiff HAN JI-WOOK prays judgment against defendants USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; WOONG, JIN; JENNIFER M. BYUN; KWON HYUK; NBN MEDIA NEWS and DOES 1 to 30, and each of them, of them as follows:

1. Damages of no less than $75,000.00, according to proof at trial, against defendants USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; and JENNIFER M. BYUN; and DOES 1 to 15;

2. Punitive damages against defendants USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; and JENNIFER M. BYUN; and DOES 1 to 15 in the amount of no less than $1,000,000.00, according to proof at trial;

3. Damages of no less than $75,000, according to proof at trial, against defendants KWON HYUK; NBN MEDIA NEWS and DOES 16 to 30, and each of them,

4. Punitive damages against defendants KWON HYUK; NBN MEDIA NEWS and DOES 16 to 30, in the amount of no less than $1,000,000.00, according to proof at trial;

5. Costs of suit incurred herein against defendants USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; JENNIFER M. BYUN; KWON HYUK; NBN MEDIA NEWS and DOES 1 to 30, and each of them; and

6. Such other relief as the Court deems just and proper against HAN JI-WOOK prays judgment against defendants USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; JENNIFER M. BYUN; KWON HYUK; NBN MEDIA NEWS and DOES 1 to 30, and each of them.

Dated: June 12, 2024

LAW OFFICES OF EDWARD J. BLUM

By: _____
EDWARD J. BLUM, Attorney for plaintiff HAN JI-WOOK

**COMPLAINT**