1  Edward J. Blum   State Bar No.: 185163
   LAW OFFICES OF EDWARD J. BLUM
2  3731 Wilshire Boulevard • Suite 312
   Los Angeles, California 90010
3  Telephone: (213) 479-5322 • Fax: (213) 232-1668
   Email: Edblum@lacriminaldefender.com
4
5  Attorneys for: Plaintiff HAN JI-WOOK
6
7
8              UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
10
11 HAN JI-WOOK,                     ) CASE NO.: 2:24-cv-05363-GW-PD
                                    ) Complaint Filed:
12             Plaintiff,           ) Assigned to Judge George H. Wu
   vs.                              ) Courtroom 9D
13                                  )
   USKN, INC.; USKN MEDIA, INC.;    ) MOTION FOR AN ORDER ENTERING
14 JAE SEON KYUNG; WOONG JIN;       ) DEFAULT AGAINST DEFENDANT WOONG
   JENNIFER M. BYUN; KWON HYUK;     ) JIN
15 NBN MEDIA NEWS and DOES 1 to     )
   30, inclusive;                   )
16                                  ) Date: 1/13/2025
                                    ) Time: 8:30 am
17             Defendants.          ) CtRm: 9D
                                    )
18     To the Court and to defendant WOONG JIN:
19     **PLEASE TAKE NOTICE** that on January 13, 2025 at 8:30 a.m.
20 plaintiff HAN JI-WOOK shall move the Court for an Order entering
21 a default against defendant WOONG JIN.
22     This application is being made pursuant to Rule 55 of the
23 *Federal Rules of Civil Procedure* upon the grounds that defendant
24 WOONG JIN was served with the summons and complaint of the herein
25 lawsuit on September 5, 2024 and has not filed a response to the
26 lawsuit.
27     This motion is based upon this notice, the attached
28 memorandum of points and authorities; and upon such other
   evidence, oral and documentary as may be presented at the hearing

-1-

MOTION FOR AN ORDER ENTERING DEFAULT AGAINST DEFENDANT WOONG JIN

1  of this motion.
2        Dated: December 9, 2024
3                                    LAW OFFICES OF EDWARD J. BLUM
4                                         /s/ Edward J. Blum
5                                    EDWARD J. BLUM, attorney for
                                     plaintiff HAN JI-WOOK
6
7
8
...
28

-2-

**MOTION FOR AN ORDER ENTERING DEFAULT AGAINST DEFENDANT WOONG JIN**

## MEMORANDUM OF POINTS AND AUTHORITIES

## I

## DEFAULT SHOULD BE ENTERED AGAINST DEFENDANT WOONG JIN AS HE HAS BEEN SERVED WITH THE SUMMONS AND COMPLAINT AND HAS FAILED TO FILE A TIMELY RESPONSE TO THE COMPLAINT

The complaint in this matter contains three causes of action: 1. *Defamation;* 2. *Violation of Plaintiff's Right to Privacy;* and 3. *Defamation.*

On September 5, 2024 defendant Woon Jin was served with the summons and complaint. A copy of the proof of service upon defendant Woon Jin is attached hereto as Exhibit 1.

As of the date of the preparation and filing of the herein motion defendant has yet to file and answer to the complaint, not any responsive pleadings.

Rule 55 of the *Federal Rules of Civil Procedure* provides:

(a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

(b) Entering a Default Judgment.

(1) By the Clerk. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

(2) By the Court. In all other cases, the party must apply to the court for a default judgment. . .

## II

## AS DEFENDANTS USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG;; JENNIFER M. BYUN; KWON HYUK; AND NBN MEDIA NEWS HAVE NOT BEEN SERVED IT IS PREMATURE FOR JUDGMENT TO BE ENTERED AGAINST DEFENDANT WOONG JIN.

MEMORANDUM OF POINTS AND AUTHORITIES

I

**DEFAULT SHOULD BE ENTERED AGAINST DEFENDANT WOONG JIN AS HE HAS BEEN SERVED WITH THE SUMMONS AND COMPLAINT AND HAS FAILED TO FILE A TIMELY RESPONSE TO THE COMPLAINT**

The complaint in this matter contains three causes of action: 1. *Defamation*; 2. *Violation of Plaintiff's Right to Privacy*; and 3. *Defamation*.

On September 6, 2024 defendant Woon Jin was served with the summons and complaint. A copy of the proof of service upon defendant Woon Jin is attached hereto as Exhibit 1.

As of the date of the preparation and filing of the herein motion defendant has yet to file and answer to the complaint, not any responsive pleadings.

Rule 55 of the *Federal Rules of Civil Procedure* provides:

(a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

(b) Entering a Default Judgment.

(1) By the Clerk. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

(2) By the Court. In all other cases, the party must apply to the court for a default judgment. . .

II

**AS DEFENDANTS USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG;; JENNIFER M. BYUN; KWON HYUK; AND NBN MEDIA NEWS HAVE NOT BEEN SERVED IT IS PREMATURE FOR JUDGMENT TO BE ENTERED AGAINST DEFENDANT WOONG JIN.**

-3-

MOTION FOR AN ORDER ENTERING DEFAULT AGAINST DEFENDANT WOONG JIN

1  Plaintiff HAN JI-WOOK prays for an order entering default
2 against defendant WOONG JIN.
3  Dated: December 9, 2024

LAW OFFICES OF EDWARD J. BLUM

/s/ Edward J. Blum
---
EDWARD J. BLUM, attorney for plaintiff HAN JI-WOOK

EXHIBIT 1

—5—
MOTION FOR AN ORDER ENTERING DEFAULT AGAINST DEFENDANT WOONG JIN

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-05363-GW-PD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **WOONG JIN**
was received by me on *(date)* **09/05/2024**

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **RAN KANG**, who is
designated by law to accept service of process on behalf of *(name of organization)* **WOON JIN**
on *(date)* **09/06/2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ **135.00** for services, for a total of $ **135.00**

I declare under penalty of perjury that this information is true.

Date: **09/06/2024**

*Server's signature*

**KYLE R. GRIDLEY, PS. #2024092160**
*Printed name and title*

**5776 LINDERO CANYON ROAD, SUITE D-219**
**WESTLAKE VILLAGE, CA 91362**
*Server's address*

Additional information regarding attempted service, etc:
09-05-2024 5:10PM - BUSINESS CLOSED
09-06-2024 8:00 - BUSINESS CLOSED

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the COUNTY of LOS ANGELES, STATE of CALIFORNIA. I am over the age of 18 and not a party to the within action; my business address is 3731 Wilshire Boulevard, Suite 312, Los Angeles, CA 90010.

On December 9, 2024 I served the foregoing document(s) described as **MOTION FOR AN ORDER ENTERING DEFAULT AGAINST DEFENDANT WOONG JIN** in this action addressed as follows:

WOONG JIN
3700 Wilshire Boulevard
Suite 600
Los Angeles, CA 90010

[X]  **BY MAIL:** I am readily familiar with my firm's or other business' practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service that same day. I placed true copies of the above-entitled document in envelopes addressed as shown above and sealed and placed them for collection and mailing on the date stated above, following ordinary business practices.

[X]  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 9, 2024 at Los Angeles, California.

EDWARD J. BLUM