Edward J. Blum State Bar No.: 185163

LAW OFFICES OF EDWARD J. BLUM

3731 Wilshire Boulevard • Suite 312

Los Angeles, California 90010

Telephone: (213) 479-5322 • Fax: (213) 232-1668

Email: Edblum@lacriminaldefender.com

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

HAN JI-WOOK,

        Plaintiff,                                              Case No.: 2:24-cv-05363-GW-PD

vs.

USKN, INC.; USKN MEDIA, INC.;

JAE SEON KYUNG; WOONG JIN; JENNIFER M.

BYUN; KWON HYUK; NBN MEDIA NEWS

and DOES 1 to 30, inclusive.

        Defendants.

_____

NOTICE OF DEFAULT AND APPLICATION FOR ENTRY DEFAULT JUDGMENT BY COURT

_____

Plaintiff HAN JI-WOOK requests that the clerk of court enter default against defendant WOONG JIN pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, the plaintiff relies upon the record in this case and the affidavit submitted herein.

 Dated this 3rd day of January 2024.

_____

EDWARD J. BLUM,

 Attorney for Plaintiff HAN JI-WOOK

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

HAN JI-WOOK,

       Plaintiff,

                                                 Case No.: 2:24-cv-05363-GW-PD

vs.

USKN, INC.; USKN MEDIA, INC.
JAE SEON KYUNG; WOONG JIN; JENNIFER M.
BYUN; KWON HYUK; NBN MEDIA NEWS
and DOES 1 to 30, inclusive.

       Defendants.

_____

AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT
_____

I, EDWARD J. BLUM hereby declare:

1. I am the attorney for the plaintiff in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. The summons and complaint were filed on June 25, 2024.

3. Defendant Woon Jin was served with a copy of the summons and complaint on September 5, 2024, as reflected on the docket sheet by the proof of service filed herein

4. An answer to the complaint was due on October 7, 2024.

5. Defendant Woon Jin has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6. Plaintiff requests that the clerk of court enter default against the defendant Woon Jin.

    I declare under penalty of perjury pursuant to the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 3rd day of January 2025 at Los Angeles, CA.


_____/s/_____

EDWARD J. BLUM,

Attorney for Plaintiff HAN JI-WOOK