Edward J. Blum   State Bar No.: 185163
LAW OFFICES OF EDWARD J. BLUM
3731 Wilshire Boulevard • Suite 312
Los Angeles, California 90010
Telephone: (213) 479-5322 • Fax: (213) 232-1668
Email: Edblum@lacriminaldefender.com

Attorneys for: Plaintiff HAN JI-WOOK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| HAN JI-WOOK,<br><br>                Plaintiff,<br>vs.<br><br>USKN, INC.; USKN MEDIA, INC.; JAE SEON KYUNG; WOONG JIN; JENNIFER M. BYUN; KWON HYUK; NBN MEDIA NEWS and DOES 1 to 30, inclusive;<br><br>                Defendants. | CASE NO.: **2:24-cv-05363-GW-PD**<br>Complaint Filed:<br>Assigned to Judge George H. Wu<br>Courtroom 9D<br><br>**NOTICE OF MOTION AND APPLICATION FOR ENTRY DEFAULT JUDGMENT AGAINST DEFENDANT WOONG JIN WOONG BY COURT** |

TO THE COURT AND DEFENDANTS AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on June 12, 2025 at 8:30 a.m. or as soon thereafter as this matter may be heard by the above-entitled Court, located at COURTROOM 9D 255 East Temple Street, Los Angeles, CA 90012-3332, plaintiff will present its application for a default judgment against defendant.

At the time and place of hearing, plaintiff will present proof of the following matters:

1. Defendant, JIN WOONG, is not a minor or incompetent an person, nor is he in military service or otherwise exempted under the Soldiers' and Sailors'

-1-

NOTICE OF MOTION AND APPLICATION FOR ENTRY BY THE COURT
OF DEFAULT JUDGMENT AGAINST DEFENDANT WOONG JIN WOONG

E:\HAN JI-WOOK vs USKN\MOTION TO ENTER DEFAULT AND JUDGMENT AGAINST JIN WOONG.wpd

1  Civil Relief Act of 1940.

2      2. Notice of this application has been served as required by
3  Rule 55(b)(2).

4      3. Notice of this application for default judgment by court
5  has been served on said defendant on May 8, 2025, by email as
6  required by Local Rule 55-1.

7      4. The above-named Defendant has failed to plead or
8  otherwise respond to the complaint.

9      5. This Application is based on this Notice, the attached
10 declarations of plaintiff HAN JI-WOOK the pleadings, files and
11 other matters that may be presented at the hearing.

12     Dated: May 8, 2025

              LAW OFFICES OF EDWARD J. BLUM

              By: _____
                  EDWARD J. BLUM, Attorney for
                  plaintiff HAN JI-WOOK